| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Joshua Sternberg 250687**<br>**8605 Santa Monica Blvd.,**<br>**Suite #81823**<br>**West Hollywood, CA 90069-4109**<br>**310-270-4343 Fax:  310-270-4344**<br>**250687 CA**<br>**JS@STERNBERGLAWGROUP.COM** | |

☐  *Debtor(s) appearing without an attorney*
☑  *Attorney for Debtor(s)*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>           **Nilza Munoz** | CASE NO.:<br><br>CHAPTER: **13** |
|---|---|
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing Required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (Check only ONE box below):

   ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date:  **May  4, 2026**

**Nilza Munoz**
Printed name of Debtor 1

*/s/ Nilza Munoz*
Signature of Debtor 1

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                      Page 1                      **F 1002-1.EMP.INCOME.DEC**

<u>Declaration of Debtor 2 (Joint Debtor) (if applicable)</u>

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (<u>Check only ONE box below</u>):

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
                                Printed name of Debtor 2        Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                    Page 2                    **F 1002-1.EMP.INCOME.DEC**

# KAISER PERMANENTE®

| Person Number | Payroll Relationship Number | Payroll |
|---|---|---|
| 10504522 | 10504522 | KP BiWeekly Sunday1 |
| | Assignment Number | Employer Name |
| | E10504522 | Kaiser Foundation Hospitals |
| Employee Name | Job Title | |
| Nilza Munoz | Admin Spec III - UHW | |
| Employee Address | Position | Employer Address |
| 11705 Orr and Day Rd. Norwalk, CA 90650 | Admin Spec III - UHW | One Kaiser Plaza Oakland, CA 94612 Ph: 877-457-4772 |

| Business Unit | Department | Location |
|---|---|---|
| SCAL | 4452 - Baldwin Park Med Center - Prop/Fac-Facility Maintenan | CA552-1 |
| Workweek | Base Rate | |
| Sunday 00:01 | 39.8160  Hourly | **View My Time Off Balances** |
| FLSA Week | | |

| Period Type | Period Start Date | Period End Date | Payment Date |
|---|---|---|---|
| Biweekly | 04-12-2026 | 04-25-2026 | 05-01-2026 |

| Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Gross Earnings | **3,234.57** | **29,471.64** |
| Employee Tax Deductions | **574.00** | **3,773.68** |
| Pretax Deductions | **291.11** | **2,652.47** |
| Voluntary Deductions | **226.32** | **2,047.60** |
| Involuntary Deductions | | **377.67** |
| Net Payment | **2,143.14** | **20,620.22** |

| Earnings Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Regular | **2,546.63** | **22,514.37** |
| VAC PTO | **637.06** | **2,707.49** |
| Longevity | **31.98** | **258.78** |
| Longevity Nwk | **8.00** | **69.00** |
| WeeklyOT1.5 at 1.0 | **6.37** | **19.51** |
| WeeklyOT1.5 Prm at 0.5 | **3.19** | **9.77** |
| DailyOT1.5 at 1.0 | **0.80** | **11.95** |
| DailyOT1.5 Prm at 0.5 | **0.40** | **5.98** |
| Longevity 1.5 at 1.0 | **0.09** | **0.39** |
| Longevity 1.5 at 0.5 | **0.05** | **0.18** |
| FPD | | **1,513.01** |
| Sick ESL | | **955.59** |
| Holiday | | **955.59** |
| PSP | | **450.00** |
| FLSA Retro | | **0.02** |
| FLSA | | **0.01** |
| **Total Earnings** | **3,234.57** | **29,471.64** |

| Current Period Details | | | | | | |
|---|---|---|---|---|---|---|
| **Description** | **Start Date** | **End Date** | **Quantity** | **Type** | **Rate** | **Amount** |
| Regular | | | **63.960** | Hours | **39.8160** | **2,546.63** |
| VAC PTO | | | **16.000** | Hours | **39.8160** | **637.06** |
| Longevity | | | **63.960** | Hours | **0.5000** | **31.98** |
| Longevity Nwk | | | **16.000** | Hours | **0.5000** | **8.00** |
| WeeklyOT1.5 at 1.0 | | | **0.160** | Hours | **39.8160** | **6.37** |
| WeeklyOT1.5 Prm at 0.5 | | | **0.160** | Hours | **19.9080** | **3.19** |

| Description | | | | | Current | |
|---|---|---|---|---|---|---|
| DailyOT1.5 at 1.0 | | | 0.020 | Hours | 39.8160 | 0.80 |
| DailyOT1.5 Prm at 0.5 | | | 0.020 | Hours | 19.9080 | 0.40 |
| Longevity 1.5 at 1.0 | | | 0.180 | Hours | 0.5000 | 0.09 |
| Longevity 1.5 at 0.5 | | | 0.180 | Hours | 0.2500 | 0.05 |
| **Total Hours Worked** | | | **64.140** | | | |

### Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| 401k Pre Tax | **291.11** | **2,652.47** |
| **Total Pretax Deductions** | **291.11** | **2,652.47** |

### Tax Deductions

| Description | Current | Year to Date |
|---|---|---|
| FIT Withheld | **228.14** | **911.04** |
| Social Security Employee Withheld | **200.54** | **1,827.24** |
| SIT Withheld (CA) | **56.37** | **224.93** |
| Medicare Employee Withheld | **46.90** | **427.34** |
| SDI Employee Withheld (CA) | **42.05** | **383.13** |
| **Total Tax Deductions** | **574.00** | **3,773.68** |

### Other Deductions

| Description | Current | Year to Date |
|---|---|---|
| 401k Roth | **97.04** | **884.16** |
| 401k Loan | **65.61** | **590.49** |
| Union Dues | **63.67** | **572.95** |
| Garn State Tax Levy | | **377.67** |
| **Total Other Deductions** | **226.32** | **2,425.27** |

### Absence Accruals

| Description | Unit of Measure | Current | Balance |
|---|---|---|---|

### Employer Paid Benefits

| Description | Current | Year to Date |
|---|---|---|
| Med ER | **1,425.53** | **12,829.77** |
| Dental ER | **46.81** | **421.29** |
| LTD ER | **9.39** | **84.51** |
| Life Ins ER | **2.70** | **24.30** |
| ADD ER | **0.03** | **0.27** |
| 401k ER Match | | **322.32** |
| **Total Employer Paid Benefits** | **1,484.46** | **13,682.46** |

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
|---|---|---|---|---|---|
| 39778293587 | | | XXXXXXXX9900 | USD | **250.00** |
| 39778293601 | | | XXXXXXXX7397 | USD | **1,893.14** |

| | Tax Withholding Information | | | | |
|---|---|---|---|---|---|
| **Type** | **Marital Status** | **Exempt** | **Total Dependent Amount** | **Extra Withholding** |
| FEDERAL_2020 | Head of household | N | **0.00** | **0.00** |

| | Tax Withholding Information | | | | | | |
|---|---|---|---|---|---|---|---|
| **Type** | **Marital Status** | **Exempt** | **Addl** | **Sec ALW** | **BIN** | **Exemptions** | **Additional Amount** |
| CA | Head of household | N | | | | 0 | **0.00** |

# KAISER PERMANENTE®

| Person Number | Payroll Relationship Number | Payroll |
|---|---|---|
| **10504522** | **10504522** | **KP BiWeekly Sunday1** |
| | **Assignment Number** | **Employer Name** |
| | **E10504522** | **Kaiser Foundation Hospitals** |
| **Employee Name** | **Job Title** | |
| **Nilza Munoz** | **Admin Spec III - UHW** | |
| **Employee Address** | **Position** | **Employer Address** |
| **11705 Orr and Day Rd.**<br>**Norwalk, CA 90650** | **Admin Spec III - UHW** | **One Kaiser Plaza**<br>**Oakland, CA 94612**<br>**Ph: 877-457-4772** |

| Business Unit | Department | Location |
|---|---|---|
| **SCAL** | **4452 - Baldwin Park Med Center -**<br>**Prop/Fac-Facility Maintenan** | **CA552-1** |
| **Workweek** | **Base Rate** | |
| **Sunday 00:01** | **39.8160  Hourly** | **View My Time Off Balances** |
| **FLSA Week** | | |

| Period Type | Period Start Date | Period End Date | Payment Date |
|---|---|---|---|
| **Biweekly** | **03-29-2026** | **04-11-2026** | **04-17-2026** |

| Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Gross Earnings | **3,230.73** | **26,237.07** |
| Employee Tax Deductions | **573.10** | **3,199.68** |
| Pretax Deductions | **290.77** | **2,361.36** |
| Voluntary Deductions | **226.24** | **1,821.28** |
| Involuntary Deductions | | **377.67** |
| Net Payment | **2,140.62** | **18,477.08** |

| Earnings Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Regular | **2,866.75** | **19,967.74** |
| Sick ESL | **318.53** | **955.59** |
| Longevity | **36.00** | **226.80** |
| Longevity Nwk | **4.00** | **61.00** |
| WeeklyOT1.5 at 1.0 | **1.99** | **13.14** |
| DailyOT1.5 at 1.0 | **1.59** | **11.15** |
| WeeklyOT1.5 Prm at 0.5 | **1.00** | **6.58** |
| DailyOT1.5 Prm at 0.5 | **0.80** | **5.58** |
| Longevity 1.5 at 1.0 | **0.05** | **0.30** |
| Longevity 1.5 at 0.5 | **0.02** | **0.13** |
| VAC PTO | | **2,070.43** |
| FPD | | **1,513.01** |
| Holiday | | **955.59** |
| PSP | | **450.00** |
| FLSA Retro | | **0.02** |
| FLSA | | **0.01** |
| **Total Earnings** | **3,230.73** | **26,237.07** |

| Current Period Details | | | | | | |
|---|---|---|---|---|---|---|
| **Description** | **Start Date** | **End Date** | **Quantity** | **Type** | **Rate** | **Amount** |
| Regular | | | **72.000** | Hours | **39.8160** | **2,866.75** |
| Sick ESL | | | **8.000** | Hours | **39.8160** | **318.53** |
| Longevity | | | **72.000** | Hours | **0.5000** | **36.00** |
| Longevity Nwk | | | **8.000** | Hours | **0.5000** | **4.00** |
| WeeklyOT1.5 at 1.0 | | | **0.050** | Hours | **39.8160** | **1.99** |
| DailyOT1.5 at 1.0 | | | **0.040** | Hours | **39.8160** | **1.59** |

| Description | | | | | | |
|---|---|---|---|---|---|---|
| WeeklyOT1.5 Prm at 0.5 | | | 0.050 | Hours | 19.9080 | 1.00 |
| DailyOT1.5 Prm at 0.5 | | | 0.040 | Hours | 19.9080 | 0.80 |
| Longevity 1.5 at 1.0 | | | 0.090 | Hours | 0.5000 | 0.05 |
| Longevity 1.5 at 0.5 | | | 0.090 | Hours | 0.2500 | 0.02 |
| **Total Hours Worked** | | | **72.090** | | | |

### Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| 401k Pre Tax | **290.77** | **2,361.36** |
| **Total Pretax Deductions** | **290.77** | **2,361.36** |

### Tax Deductions

| Description | Current | Year to Date |
|---|---|---|
| FIT Withheld | **227.72** | **682.90** |
| Social Security Employee Withheld | **200.31** | **1,626.70** |
| SIT Withheld (CA) | **56.22** | **168.56** |
| Medicare Employee Withheld | **46.85** | **380.44** |
| SDI Employee Withheld (CA) | **42.00** | **341.08** |
| **Total Tax Deductions** | **573.10** | **3,199.68** |

### Other Deductions

| Description | Current | Year to Date |
|---|---|---|
| 401k Roth | **96.92** | **787.12** |
| 401k Loan | **65.61** | **524.88** |
| Union Dues | **63.71** | **509.28** |
| Garn State Tax Levy | | **377.67** |
| **Total Other Deductions** | **226.24** | **2,198.95** |

### Absence Accruals

| Description | Unit of Measure | Current | Balance |
|---|---|---|---|

### Employer Paid Benefits

| Description | Current | Year to Date |
|---|---|---|
| Med ER | **1,425.53** | **11,404.24** |
| Dental ER | **46.81** | **374.48** |
| 401k ER Match | **40.38** | **322.32** |
| LTD ER | **9.39** | **75.12** |
| Life Ins ER | **2.70** | **21.60** |
| ADD ER | **0.03** | **0.24** |
| **Total Employer Paid Benefits** | **1,524.84** | **12,198.00** |

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
|---|---|---|---|---|---|
| 39411754515 | | | XXXXXXXX9900 | USD | **250.00** |
| 39411754717 | | | XXXXXXXX7397 | USD | **1,890.62** |

| | Tax Withholding Information | | | | |
|---|---|---|---|---|---|
| **Type** | **Marital Status** | **Exempt** | **Total Dependent Amount** | **Extra Withholding** | |
| FEDERAL_2020 | Head of household | N | **0.00** | **0.00** | |

| | Tax Withholding Information | | | | | | |
|---|---|---|---|---|---|---|---|
| **Type** | **Marital Status** | **Exempt** | **Addl** | **Sec ALW** | **BIN** | **Exemptions** | **Additional Amount** |
| CA | Head of household | N | | | | 0 | **0.00** |

**KAISER PERMANENTE**®

| Person Number | Payroll Relationship Number | Payroll |
|---|---|---|
| 10504522 | 10504522 | KP BiWeekly Sunday1 |
| | Assignment Number | Employer Name |
| | E10504522 | Kaiser Foundation Hospitals |
| Employee Name | Job Title | |
| Nilza Munoz | Admin Spec III - UHW | |
| Employee Address | Position | Employer Address |
| 11705 Orr and Day Rd.<br>Norwalk, CA 90650 | Admin Spec III - UHW | One Kaiser Plaza<br>Oakland, CA 94612<br>Ph: 877-457-4772 |

| Business Unit | Department | Location |
|---|---|---|
| SCAL | 4452 - Baldwin Park Med Center - Prop/Fac-Facility Maintenan | CA552-1 |
| Workweek | Base Rate | |
| Sunday 00:01 | 39.8160  Hourly | **View My Time Off Balances** |
| FLSA Week | | |

| Period Type | Period Start Date | Period End Date | Payment Date |
|---|---|---|---|
| Biweekly | 03-15-2026 | 03-28-2026 | 04-03-2026 |

| Summary | | |
|---|---|---|
| Description | Current | Year to Date |
| Gross Earnings | 3,228.32 | 23,006.34 |
| Employee Tax Deductions | 572.51 | 2,626.58 |
| Pretax Deductions | 290.55 | 2,070.59 |
| Voluntary Deductions | 226.17 | 1,595.04 |
| Involuntary Deductions | | 377.67 |
| Net Payment | 2,139.09 | 16,336.46 |

| Earnings Summary | | |
|---|---|---|
| Description | Current | Year to Date |
| Regular | 2,229.70 | 17,100.99 |
| FPD | 637.06 | 1,513.01 |
| Sick ESL | 318.53 | 637.06 |
| Longevity | 28.00 | 190.80 |
| Longevity Nwk | 12.00 | 57.00 |
| DailyOT1.5 at 1.0 | 1.99 | 9.56 |
| DailyOT1.5 Prm at 0.5 | 1.00 | 4.78 |
| Longevity 1.5 at 1.0 | 0.03 | 0.25 |
| Longevity 1.5 at 0.5 | 0.01 | 0.11 |
| VAC PTO | | 2,070.43 |
| Holiday | | 955.59 |
| PSP | | 450.00 |
| WeeklyOT1.5 at 1.0 | | 11.15 |
| WeeklyOT1.5 Prm at 0.5 | | 5.58 |
| FLSA Retro | | 0.02 |
| FLSA | | 0.01 |
| **Total Earnings** | 3,228.32 | 23,006.34 |

| Current Period Details | | | | | | |
|---|---|---|---|---|---|---|
| Description | Start Date | End Date | Quantity | Type | Rate | Amount |
| Regular | | | 56.000 | Hours | 39.8160 | 2,229.70 |
| FPD | | | 16.000 | Hours | 39.8160 | 637.06 |
| Sick ESL | | | 8.000 | Hours | 39.8160 | 318.53 |
| Longevity | | | 56.000 | Hours | 0.5000 | 28.00 |
| Longevity Nwk | | | 24.000 | Hours | 0.5000 | 12.00 |
| DailyOT1.5 at 1.0 | | | 0.050 | Hours | 39.8160 | 1.99 |

| DailyOT1.5 Prm at 0.5 | | | 0.050 | Hours | 19.9080 | 1.00 |
|---|---|---|---|---|---|---|
| Longevity 1.5 at 1.0 | | | 0.050 | Hours | 0.5000 | 0.03 |
| Longevity 1.5 at 0.5 | | | 0.050 | Hours | 0.2500 | 0.01 |
| **Total Hours Worked** | | | **56.050** | | | |

| Pretax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| 401k Pre Tax | **290.55** | **2,070.59** |
| **Total Pretax Deductions** | **290.55** | **2,070.59** |

| Tax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| FIT Withheld | **227.46** | **455.18** |
| Social Security Employee Withheld | **200.15** | **1,426.39** |
| SIT Withheld (CA) | **56.12** | **112.34** |
| Medicare Employee Withheld | **46.81** | **333.59** |
| SDI Employee Withheld (CA) | **41.97** | **299.08** |
| **Total Tax Deductions** | **572.51** | **2,626.58** |

| Other Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| 401k Roth | **96.85** | **690.20** |
| 401k Loan | **65.61** | **459.27** |
| Union Dues | **63.71** | **445.57** |
| Garn State Tax Levy | | **377.67** |
| **Total Other Deductions** | **226.17** | **1,972.71** |

| Absence Accruals | | | |
|---|---|---|---|
| **Description** | **Unit of Measure** | **Current** | **Balance** |

| Employer Paid Benefits | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Med ER | **1,425.53** | **9,978.71** |
| Dental ER | **46.81** | **327.67** |
| 401k ER Match | **40.35** | **281.94** |
| LTD ER | **9.39** | **65.73** |
| Life Ins ER | **2.70** | **18.90** |
| ADD ER | **0.03** | **0.21** |
| **Total Employer Paid Benefits** | **1,524.81** | **10,673.16** |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---|
| **Check/Deposit Number** | **Bank Name** | **Branch Name** | **Account Number** | **Currency** | **Payment Amount** |
| 39033747835 | | | XXXXXXXX9900 | USD | **250.00** |
| 39033747846 | | | XXXXXXXX7397 | USD | **1,889.09** |

| | Tax Withholding Information | | | |
|---|---|---|---|---|
| **Type** | **Marital Status** | **Exempt** | **Total Dependent Amount** | **Extra Withholding** |
| FEDERAL_2020 | Head of household | N | **0.00** | **0.00** |

| | Tax Withholding Information | | | | | | |
|---|---|---|---|---|---|---|---|
| **Type** | **Marital Status** | **Exempt** | **Addl** | **Sec ALW** | **BIN** | **Exemptions** | **Additional Amount** |
| CA | Head of household | N | | | | 0 | **0.00** |

# KAISER PERMANENTE®

| Person Number | Payroll Relationship Number | Payroll |
|---|---|---|
| 10504522 | 10504522 | KP BiWeekly Sunday1 |
| | Assignment Number | Employer Name |
| | E10504522 | Kaiser Foundation Hospitals |
| Employee Name | Job Title | |
| Nilza Munoz | Admin Spec III - UHW | |
| Employee Address | Position | Employer Address |
| 11705 Orr and Day Rd.<br>Norwalk, CA 90650 | Admin Spec III - UHW | One Kaiser Plaza<br>Oakland, CA 94612<br>Ph: 877-457-4772 |

| Business Unit | Department | Location |
|---|---|---|
| SCAL | 4452 - Baldwin Park Med Center - Prop/Fac-Facility Maintenan | CA552-1 |
| Workweek | Base Rate | |
| Sunday 00:01 | 39.8160  Hourly | **View My Time Off Balances** |
| FLSA Week | | |

| Period Type | Period Start Date | Period End Date | Payment Date |
|---|---|---|---|
| Biweekly | 02-15-2026 | 02-28-2026 | 03-06-2026 |

| Summary | | |
|---|---|---|
| Description | Current | Year to Date |
| Gross Earnings | 3,679.54 | 16,547.29 |
| Pretax Deductions | 331.16 | 1,489.27 |
| Employee Tax Deductions | 329.32 | 1,480.98 |
| Voluntary Deductions | 239.71 | 1,142.63 |
| Involuntary Deductions | | 377.67 |
| Net Payment | 2,779.35 | 12,056.74 |

| Earnings Summary | | |
|---|---|---|
| Description | Current | Year to Date |
| Regular | 2,707.49 | 12,243.43 |
| PSP | 450.00 | 450.00 |
| FPD | 318.53 | 318.53 |
| VAC PTO | 159.26 | 2,070.43 |
| Longevity | 34.00 | 129.80 |
| Longevity Nwk | 6.00 | 38.00 |
| DailyOT1.5 at 1.0 | 2.79 | 5.58 |
| DailyOT1.5 Prm at 0.5 | 1.39 | 2.78 |
| Longevity 1.5 at 1.0 | 0.04 | 0.17 |
| Longevity 1.5 at 0.5 | 0.02 | 0.08 |
| FLSA Retro | 0.02 | 0.02 |
| Holiday | | 955.59 |
| Sick ESL | | 318.53 |
| WeeklyOT1.5 at 1.0 | | 9.56 |
| WeeklyOT1.5 Prm at 0.5 | | 4.78 |
| FLSA | | 0.01 |
| Total Earnings | 3,679.54 | 16,547.29 |

| Current Period Details | | | | | | |
|---|---|---|---|---|---|---|
| Description | Start Date | End Date | Quantity | Type | Rate | Amount |
| Regular | | | 68.000 | Hours | 39.8160 | 2,707.49 |
| FPD | | | 8.000 | Hours | 39.8160 | 318.53 |
| VAC PTO | | | 4.000 | Hours | 39.8160 | 159.26 |
| Longevity | | | 68.000 | Hours | 0.5000 | 34.00 |
| Longevity Nwk | | | 12.000 | Hours | 0.5000 | 6.00 |
| DailyOT1.5 at 1.0 | | | 0.070 | Hours | 39.8160 | 2.79 |

| DailyOT1.5 Prm at 0.5 | | | | 0.070 | Hours | 19.9080 | 1.39 |
|---|---|---|---|---|---|---|---|
| Longevity 1.5 at 1.0 | | | | 0.070 | Hours | 0.5000 | 0.04 |
| Longevity 1.5 at 0.5 | | | | 0.070 | Hours | 0.2500 | 0.02 |
| FLSA Retro | 04-13-2025 | 05-24-2025 | | | Hours | | 0.02 |
| **Total Hours Worked** | | | | **68.070** | | | |

| Pretax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| 401k Pre Tax | **331.16** | **1,489.27** |
| **Total Pretax Deductions** | **331.16** | **1,489.27** |

| Tax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Social Security Employee Withheld | **228.13** | **1,025.93** |
| Medicare Employee Withheld | **53.36** | **239.94** |
| SDI Employee Withheld (CA) | **47.83** | **215.11** |
| **Total Tax Deductions** | **329.32** | **1,480.98** |

| Other Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| 401k Roth | **110.39** | **496.43** |
| 401k Loan | **65.61** | **328.05** |
| Union Dues | **63.71** | **318.15** |
| Garn State Tax Levy | | **377.67** |
| **Total Other Deductions** | **239.71** | **1,520.30** |

| Absence Accruals | | | |
|---|---|---|---|
| **Description** | **Unit of Measure** | **Current** | **Balance** |

| Employer Paid Benefits | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Med ER | **1,425.53** | **7,127.65** |
| Dental ER | **46.81** | **234.05** |
| 401k ER Match | **40.37** | **201.21** |
| LTD ER | **9.39** | **46.95** |
| Life Ins ER | **2.70** | **13.50** |
| ADD ER | **0.03** | **0.15** |
| **Total Employer Paid Benefits** | **1,524.83** | **7,623.51** |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---|
| **Check/Deposit Number** | **Bank Name** | **Branch Name** | **Account Number** | **Currency** | **Payment Amount** |
| 37725293210 | | | XXXXXXXX9900 | USD | **250.00** |
| 37725293439 | | | XXXXXXXX7397 | USD | **2,529.35** |

| | Tax Withholding Information | | | |
|---|---|---|---|---|
| **Type** | **Marital Status** | **Exempt** | **Total Dependent Amount** | **Extra Withholding** |
| FEDERAL_2020 | Head of household | Y | **0.00** | **0.00** |

| | Tax Withholding Information | | | | | | |
|---|---|---|---|---|---|---|---|
| **Type** | **Marital Status** | **Exempt** | **Addl** | **Sec ALW** | **BIN** | **Exemptions** | **Additional Amount** |
| CA | Head of household | Y | | | | 0 | **0.00** |

**KAISER PERMANENTE.**

| Person Number | Payroll Relationship Number | Payroll |
|---|---|---|
| 10504522 | 10504522 | KP BiWeekly Sunday1 |
| | Assignment Number | Employer Name |
| | E10504522 | Kaiser Foundation Hospitals |
| Employee Name | Job Title | |
| Nilza Munoz | Admin Spec III - UHW | |
| Employee Address | Position | Employer Address |
| 11705 Orr and Day Rd. Norwalk, CA 90650 | Admin Spec III - UHW | One Kaiser Plaza Oakland, CA 94612 Ph: 877-457-4772 |

| Business Unit | Department | Location |
|---|---|---|
| SCAL | 4452 - Baldwin Park Med Center - Prop/Fac-Facility Maintenan | CA552-1 |
| Workweek | Base Rate | |
| Sunday 00:01 | 39.8160  Hourly | **View My Time Off Balances** |
| FLSA Week | | |

| Period Type | Period Start Date | Period End Date | Payment Date |
|---|---|---|---|
| Biweekly | 03-01-2026 | 03-14-2026 | 03-20-2026 |

| Summary | | |
|---|---|---|
| Description | Current | Year to Date |
| Gross Earnings | 3,230.73 | 19,778.02 |
| Employee Tax Deductions | 573.09 | 2,054.07 |
| Pretax Deductions | 290.77 | 1,780.04 |
| Voluntary Deductions | 226.24 | 1,368.87 |
| Involuntary Deductions | | 377.67 |
| Net Payment | 2,140.63 | 14,197.37 |

| Earnings Summary | | |
|---|---|---|
| Description | Current | Year to Date |
| Regular | 2,627.86 | 14,871.29 |
| FPD | 557.42 | 875.95 |
| Longevity | 33.00 | 162.80 |
| Longevity Nwk | 7.00 | 45.00 |
| DailyOT1.5 at 1.0 | 1.99 | 7.57 |
| WeeklyOT1.5 at 1.0 | 1.59 | 11.15 |
| DailyOT1.5 Prm at 0.5 | 1.00 | 3.78 |
| WeeklyOT1.5 Prm at 0.5 | 0.80 | 5.58 |
| Longevity 1.5 at 1.0 | 0.05 | 0.22 |
| Longevity 1.5 at 0.5 | 0.02 | 0.10 |
| VAC PTO | | 2,070.43 |
| Holiday | | 955.59 |
| PSP | | 450.00 |
| Sick ESL | | 318.53 |
| FLSA Retro | | 0.02 |
| FLSA | | 0.01 |
| Total Earnings | 3,230.73 | 19,778.02 |

| Current Period Details | | | | | | |
|---|---|---|---|---|---|---|
| Description | Start Date | End Date | Quantity | Type | Rate | Amount |
| Regular | | | 66.000 | Hours | 39.8160 | 2,627.86 |
| FPD | | | 14.000 | Hours | 39.8160 | 557.42 |
| Longevity | | | 66.000 | Hours | 0.5000 | 33.00 |
| Longevity Nwk | | | 14.000 | Hours | 0.5000 | 7.00 |
| DailyOT1.5 at 1.0 | | | 0.050 | Hours | 39.8160 | 1.99 |
| WeeklyOT1.5 at 1.0 | | | 0.040 | Hours | 39.8160 | 1.59 |

Case 2:26-bk-14419-DS   Doc 7   Filed 05/04/26   Entered 05/04/26 23:37:55   Desc
Main Document      Page 12 of 12
1050822   2 of 2

| Description | | | | Hours | | |
|---|---|---|---|---|---|---|
| DailyOT1.5 Prm at 0.5 | | | 0.030 | Hours | 19.9080 | 1.00 |
| WeeklyOT1.5 Prm at 0.5 | | | 0.040 | Hours | 19.9080 | 0.80 |
| Longevity 1.5 at 1.0 | | | 0.090 | Hours | 0.5000 | 0.05 |
| Longevity 1.5 at 0.5 | | | 0.090 | Hours | 0.2500 | 0.02 |
| **Total Hours Worked** | | | **66.090** | | | |

| Pretax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| 401k Pre Tax | 290.77 | 1,780.04 |
| **Total Pretax Deductions** | **290.77** | **1,780.04** |

| Tax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| FIT Withheld | 227.72 | 227.72 |
| Social Security Employee Withheld | 200.31 | 1,226.24 |
| SIT Withheld (CA) | 56.22 | 56.22 |
| Medicare Employee Withheld | 46.84 | 286.78 |
| SDI Employee Withheld (CA) | 42.00 | 257.11 |
| **Total Tax Deductions** | **573.09** | **2,054.07** |

| Other Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| 401k Roth | 96.92 | 593.35 |
| 401k Loan | 65.61 | 393.66 |
| Union Dues | 63.71 | 381.86 |
| Garn State Tax Levy | | 377.67 |
| **Total Other Deductions** | **226.24** | **1,746.54** |

| Absence Accruals | | |
|---|---|---|
| **Description** | **Unit of Measure** | **Current** | **Balance** |

| Employer Paid Benefits | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Med ER | 1,425.53 | 8,553.18 |
| Dental ER | 46.81 | 280.86 |
| 401k ER Match | 40.38 | 241.59 |
| LTD ER | 9.39 | 56.34 |
| Life Ins ER | 2.70 | 16.20 |
| ADD ER | 0.03 | 0.18 |
| **Total Employer Paid Benefits** | **1,524.84** | **9,148.35** |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---|
| **Check/Deposit Number** | **Bank Name** | **Branch Name** | **Account Number** | **Currency** | **Payment Amount** |
| 38580786177 | | | XXXXXXXX9900 | USD | 250.00 |
| 38580787778 | | | XXXXXXXX7397 | USD | 1,890.63 |

| | Tax Withholding Information | | | |
|---|---|---|---|---|
| **Type** | **Marital Status** | **Exempt** | **Total Dependent Amount** | **Extra Withholding** |
| FEDERAL_2020 | Head of household | N | 0.00 | 0.00 |

| | Tax Withholding Information | | | | | | |
|---|---|---|---|---|---|---|---|
| **Type** | **Marital Status** | **Exempt** | **Addl** | **Sec ALW** | **BIN** | **Exemptions** | **Additional Amount** |
| CA | Head of household | N | | | | 0 | 0.00 |