**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**801 S. FIGUEROA ST., SUITE 1850**
**LOS ANGELES, CA 90017**
**PHONE: (213) 996-4400**
**FAX: (213) 996-4426**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

# NOTICE OF RESCHEDULED 341(a) Meeting of Creditors
# ZOOM Meeting ID and Passcode

IN RE:

 Nilza Munoz

                    DEBTOR(S)

CHAPTER 13

CASE NO.: 2:26-bk-14419-DS

**NOTICE OF RESCHEDULED §341(a) MEETING OF CREDITORS**

**DATE:      June 8, 2026**
**TIME       2:30 pm**

**LOCATION:   ZOOM VIDEO MEETING**
**ZOOM MEETING ID: 846 017 0046**
**ZOOM PASSCODE: 9958780177**

## MANDATORY DOCUMENTS DUE PRIOR TO 341(a) MEETING OF CREDITORS

Debtors must submit the following mandatory documents to their Bankruptcy Attorney prior to the 341(a) Meeting of Creditors:

- **Picture of your Social Security Card**
- **Picture of your Driver's License**
- **Evidence of your Bankruptcy Plan Payments**

Debtor attorneys can upload the required documents to the Chapter 13 Trustee on The Attorney Portal at LATrustee.com. Debtor attorneys must register online to use The Attorney Portal.  For more information, contact support@latrustee.com.

**FAILURE TO TIMELY ATTEND YOUR REMOTE 341(a) MEETING OF CREDITORS, SUBMIT THE MANDATORY DOCUMENTS OR TENDER YOUR BANKRUPTCY PLAN PAYMENTS TO THE CHAPTER 13 TRUSTEE MAY CAUSE YOUR BANKRUPTCY CASE TO GET DISMISSED.**

**Dated:  5/13/26**

**Kathy A. Dockery**
**Chapter 13 Trustee**