Joshua L. Sternberg, CA SBN: 250687
8605 Santa Monica Blvd., Suite 81823
West Hollywood, CA 90069-4109
Telephone: 310-270-4343
Facsimile: 310-270-4344
Email: JS@SternbergLawGroup.com


Attorney for Debtor

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| In re: | ) CASE NO:  2:26-bk-14419-DS |
|---|---|
| **Nilza Munoz** | ) Chapter 13 |
| Debtor. | ) **DECLARATION OF ATTORNEY FOR DEBTOR IN SUPPORT OF MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE** |
| | ) **Hearing** |
| | ) **Date:** June 2, 2026 |
| | ) **Time:** 1:00 PM |
| | ) **Location:** 255 E. Temple Street, Los Angeles, CA 90012 |
| | ) **Courtroom:** 1639 |

**DECLARATION OF ATTORNEY FOR DEBTOR IN SUPPORT OF MOTION TO CONTINUE THE AUTOMATIC STAY**

I, Joshua L. Sternberg, declare as follows:

1.   I am the attorney of record for Debtor Nilza Munoz in the above-captioned Chapter 13 bankruptcy case.

2.   I am licensed to practice law and admitted to practice before this Court.

3.   I have personal knowledge of the facts stated in this Declaration, except where stated on information and belief, and as to those matters, I believe them to be true. If called as a witness, I could and would competently testify thereto.

4.   I submit this Declaration in support of Debtor's Motion to Continue the Automatic Stay, filed on May 19, 2026 as Docket No. 13, in connection with Case No. 2:26-bk-14419-DS.

5.   Debtor's prior bankruptcy case was dismissed pre-confirmation due to failure to comply with the payment terms of the Chapter 13 plan.

6.   Since the dismissal of the prior case, Debtor has made a significant change in strategy and now intends to sell the real property to fund the Chapter 13 plan. This sale is expected to allow Debtor to complete plan payments within approximately four months.

7.   Debtor further intends to pay 100% of allowed unsecured claims, thereby fully satisfying all obligations under the proposed Chapter 13 plan.

2

8.   The real property located at 11705 Orr and Day Road, Norwalk, California 90650 ("Property") is currently scheduled for foreclosure sale on June 9, 2026. The automatic stay is set to expire on June 3, 2026. Without Court intervention continuing the automatic stay, the Property is at imminent risk of foreclosure.

9.   Continuation of the automatic stay is necessary to prevent the foreclosure sale from proceeding and to allow sufficient time for the Debtor to complete the sale of the Property and pay all creditors in full.

10.  The Property has an estimated value of approximately $769,586, with approximately $668,335.51 owed on the first deed of trust, resulting in an equity cushion of approximately $101,250, which adequately protects the secured creditor's interest.

11.  Debtor's unsecured debts total approximately $3,669. Debtor intends to pay these claims in full within approximately four months, therefore no prejudice will result to unsecured creditors.

12.  The Property's value exceeds all secured and unsecured debts, and Debtor has significant equity. The anticipated sale proceeds will be sufficient to satisfy all obligations under the Chapter 13 plan in full.

13.  Debtor's proposed course of action will ensure sufficient funds to complete the Chapter 13 plan and pay all creditors in full.

14.  Granting the Motion is in the best interest of creditors and the bankruptcy estate.

15.  For the foregoing reasons, I respectfully request that the Court grant the Motion to Continue the Automatic Stay to allow sufficient time to complete the sale of the Property and satisfy all plan obligations in full.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 21, 2026

/s/ Joshua L. Sternberg
By: Joshua L Sternberg
Debtor's Counsel

4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

8605 Santa Monica Blvd., Suite 8182
West Hollywood, CA 90069-4109

A true and correct copy of the foregoing document entitled (*specify*): DECLARATION OF ATTORNEY FOR DEBTOR
IN SUPPORT OF MOTION FOR ORDER IMPOSIGN A STAY OR CONTINUING THE AUTOMATIC STAY
AS THE COURT DEEMS APPROPRIATE
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___05/28/2026_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Ch13 Trustee, EFiling@LATrustee.com
US Trustee, ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) ___05/28/2026_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Deborah J. Saltzman
United States Bankruptcy Court - Central District of California
255 E. Temple Street, Suite 1634 / Courtroom 1639
Los Angeles, CA 90012

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/28/2026 | Joshua L. Sternberg | /s/ Joshua L. Sternberg |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**

Label Matrix for local noticing
0973-2
Case 2:26-bk-14419-DS
Central District of California
Los Angeles
Mon May 18 16:50:45 PDT 2026

Employment Development Dept
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Bankruptcy Section MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

(p)OFFICE OF FINANCE  CITY OF LOS ANGELES
200 N SPRING ST RM 101 CITY HALL
LOS ANGELES CA 90012-3224

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Capital One
AttN: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

County Records Research
4952 Warner Ave 105
Huntington Beach, CA 92649-4422

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

Franchise Tax Board
Personal Bankruptcy MS A340
Po Box 2952
Sacramento, CA 95812-2952

IRS
P.O. Box 7346
Philadelphia, PA 19101-7346

THE FIDELITY ONE INVESTMENT TRUST
323 N TURNER AVE #1446
Guasti, CA 91743-1624

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Joshua Sternberg
Sternberg Law Group
8605 Santa Monica Blvd
Suite #81823
West Hollywood, CA 90069-4109

Kathy A Dockery (TR)
801 Figueroa Street, Suite 1850
Los Angeles, CA 90017-5569

Nilza Munoz
11705 Orr and Day Rd
Norwalk, CA 90650-7944

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Los Angeles City Clerk
P.O. Box 53200
Los Angeles, CA 90053-0200

Bank of America
Attn: Bankruptcy
P.O.Box 15019
Wilmington, DE 19886

End of Label Matrix
Mailable recipients    15
Bypassed recipients     0
Total                  15

*Continued Proof of Service…..*

**Served via FedEx Overnight Delivery to:**

The Fidelity One Investment Trust
323 N Turner Avenue
#1446
Guasti, CA 91743

Fidelity Loan Investments
8 Montgomery Street
San Francisco, CA 94104

Note Servicing Center
3275 E Robertson Blvd # B
Chowchilla, CA 93610

**Served via United States mail, first class, postage prepaid to:**
The Fidelity One Investment Trust
c/o Neil B Katz
PO Box 5236
La Quinta CA 92248

Franchise Tax Board
Personal Bankruptcy MS A340
Po Box 2952
Sacramento, CA 95812-2952