| Attorney or Party Name, Address, Telephone and FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Joshua Sternberg 250687**<br>**8605 Santa Monica Blvd.,**<br>**Suite #81823**<br>**West Hollywood, CA 90069-4109**<br>**310-270-4343 Fax: 310-270-4344**<br>California State Bar Number: **250687 CA**<br>**JS@STERNBERGLAWGROUP.COM** | |

☐ Individual appearing without attorney
☑ Attorney for

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**Nilza Munoz**<br><br><br><br><br><br>Debtor(s) | CASE NO.: **2:26-bk-14419-DS**<br>CHAPTER: **13**<br><br>NOTICE OF LODGMENT OF ORDER IN<br>BANKRUPTCY CASE RE: <u>Notice of Motion and Motion in</u><br><u>Individual Case for Order Imposing a Stay or Continuing the</u><br><u>Automatic Stay as the Court Deems Appropriate 11705 Orr and</u><br><u>Day Rd Norwalk, CA 90650 . Fee Amount $199,</u> |

PLEASE TAKE NOTE that the order titled __ORDER  GRANTING MOTION FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY__ was lodged on (date) __06/02/2026__ and is attached. This order relates to the motion which is docket number __13__.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 1        **F 9021-1.2.BK.NOTICE.LODGMENT**

 **Bankruptcy LODGED ORDER UPLOAD FORM**

Tuesday, June 02, 2026

CONFIRMATION :

Your Lodged Order Info:
( **11349528.docx** )
A new order has been added

- **Office**:  Los Angeles
- **Case Title**:  Nilza Munoz
- **Case Number**:  26-14419
- **Judge Initial**:  DS
- **Case Type**:  bk ( Bankruptcy )
- **Document Number**:  13
- **On Date**:  06/02/2026 @ 03:24 AM

Thank You!

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012

Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number& Email Address
**Joshua L Sternberg**
**Sternberg Law Group**
**8605 Santa Monica Blvd**
**Ste #81823**
**West Hollywood, CA 90069-4109**
**310-270-4343**
**Fax : 310-270-4344**
**Email: js@sternberglawgroup.com**

FOR COURT USE ONLY

☐ *Individual appearing without attorney*
☒ *Attorney for Movant*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA– LOS ANGELES  DIVISION**

In re:

**Nilza Munoz**

Debtor(s).

CASE NUMBER: **2:26-bk-14419-DS**

CHAPTER: **13**

**ORDER☒  GRANTING    ☐DENYING**
**MOTION FORORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY**

☐   No hearing held
☒   Hearing held
DATE: **06/02/2026**
TIME**: 1:00 PM**
COURTROOM: 1639
ADDRESS: **255 East Temple Street, Los Angeles, CA 90012**

**Movant**(*name*): **Nilza Munoz**

1.   The Motion was:       ☐ Opposed       ☒ Unopposed       ☐ Settled by stipulation

2.   The Motion affects the following property (Property):

☐   Vehicle (*describe year, manufacturer, type and model*):

   *Vehicle identification number:*

---

*"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.*
*"FRBP" refers to the Federal Rules of Bankruptcy Procedure.  "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.*

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

    *Location of vehicle (if known):*

☐ Equipment *(describe manufacturer, type, and characteristics)*:

    *Serial numbers(s):*

    *Location (if known):*

☐ Other personal property *(describe type, identifying information, and location)*:

☐ Real property:

    Street Address: **11705 Orr and Day Road**

    Apt./Suite No.:

    City, State, Zip Code: **Norwalk, CA 90650**

    Legal description or document recording number (include county of recording): **TRACT # 16767 LOT 469 OF THE CITY OF NORWALK, COUNTY OF LOS ANGELES**

    ☐ See attached page.

3. The Motion is granted on the grounds that:

   a. ☒ This case was filed in good faith.

   b. ☐ The Property is of consequential value or benefit to the estate.

   c. ☐ The presumption of bad faith under 11 U.S.C. § 362(c)(3)(C)(i) or (c)(4)(D)(i) has been overcome as to all creditors.

   d. ☒ The presumption of bad faith as to the Secured Creditor/Lessor under 11 U.S.C. § 362(c)(3)(C)(ii) or (c)(4)(D)(ii) has been overcome.

4. The stay of 11 U.S.C. § 362(a) is

   a. ☐ Imposed *as to all creditors* until further order of the court.

   b. ☐ Imposed as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

   c. ☐ Imposed as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

   d. ☒ Continued *as to all creditors* until further order of the court.

   e. ☐ Continued in effect as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

   f. ☐ Continued in effect as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

5. ☐ The stay is imposed or continued in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this order.

6. ☐ See attached continuation page for additional provisions.

7. ☐ The Motion is denied:   ☐ without prejudice   ☐ with prejudice   ☐ on the following grounds:

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2018*                                    Page 2                          **F 4001-1.IMPOSE.STAY.ORDER**

a.  ☐  Based upon the findings of fact and conclusions of law made on the record at the hearing

b.  ☐  Unexcused non-appearance by Movant

c.  ☐  Lack of proper service

d.  ☐  Lack of good cause shown

e.  ☐  Other (*specify*):

###

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2018*                                    Page 3                                    **F 4001-1.IMPOSE.STAY.ORDER**

# ADEQUATE PROTECTION ATTACHMENT

The automatic stay in this caseis or remains in effect subject to the following terms and conditions:

1. ☐ The tendered payments at the hearing in the amount of $___.

2. ☐ The Movant must make regular monthly payments in the amount of $___ commencing ___. All payments due Secured Creditor/Lessor hereunder must be paid to the following address:

3. ☐ The Movant must cure the postpetition default computed through ___ in the sum of $___ as follows:

   a. ☐ In equal monthly installments of $___ each commencing ___ and continuing thereafter through and including ___,

   b. ☐ By paying the sum of $___ on or before ___,

   c. ☐ By paying the sum of $___ on or before ___,

   d. ☐ By paying the sum of $___ on or before ___,

   e. ☐ Other:

4. ☐ The Movant must maintain insurance coverage on the property and must remain current on all taxes that fall due postpetition with regard to the property.

5. ☐ Upon any default in the foregoing terms and conditions, Secured Creditor/Lessor must serve written notice of default to Movant, and any attorney for Movant.  If Movant fails to cure the default within 14 days after mailing of such written notice:

   a. ☐ The stay will automatically terminate without further notice, hearing or order.

   b. ☐ Secured Creditor/Lessor may file and serve a declaration under penalty of perjury specifying the default, together with a proposed order terminating the stay, which the court may grant without further notice or hearing.

   c. ☐ The Secured Creditor/Lessor may move for relief from the stay upon shortened notice in accordance with the LBRs.

   d. ☐ The Secured Creditor/Lessor may move for relief from the stay on regular notice.

6. ☐ Notwithstanding anything contained herein to the contrary, the Movant is entitled to a maximum of (*number*) ___ notices of default and opportunities to cure pursuant to the preceding paragraph.  Once a Movant has defaulted this number of times on the obligations imposed by this Order and has been served with this number of notices of default, Secured Creditor/Lessor is relieved of any obligation to serve additional notices of default and provide additional opportunities to cure.  If an event of default occurs thereafter, Secured Creditor/Lessor is entitled, without first serving a notice of default and providing the Movant with an opportunity to cure, to file and serve a declaration under penalty of perjury setting forth in detail the Movant's failures to perform hereunder, together with a proposed order terminating the stay, which the court may enter without further notice or hearing.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

7.  ☐  The foregoing terms and conditions are binding only during the pendency of this bankruptcy case.  If, at any time, the stay is terminated with respect to the Property by court order or by operation of law, the foregoing terms and conditions cease to be binding and Secured Creditor/Lessor may proceed to enforce its remedies under applicable non-bankruptcy law against the Property and/or against the Debtor.

8.  ☐  If Secured Creditor/Lessor obtains relief from stay based on Debtor's defaults hereunder, the order granting that relief may contain a waiver of the 14-day stay created by FRBP 4001(a)(3).

9.  ☐  Secured Creditor/Lessor may accept any and all payments made pursuant to this order without prejudice to or waiver of any rights or remedies to which it would otherwise have been entitled under applicable non-bankruptcy law.

10.  ☐  Other (*specify*):

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2018*                                  Page 5                                  **F 4001-1.IMPOSE.STAY.ORDER**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**8605 Santa Monica Blvd.,**
**Suite #81823**
**West Hollywood, CA 90069-4109**

A true and correct copy of the foregoing document entitled (*specify*):   **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:  Notice of Motion and Motion in Individual Case for Order Imposing a Stay or Continuing the Automatic Stay as the Court Deems Appropriate 11705 Orr and Day Rd Norwalk, CA 90650 . Fee Amount $199,**   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On __06/02/2026__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Kathy A Dockery (TR), EFiling@LATrustee.com**
**United States Trustee (LA),ustpregion16.la.ecf@usdoj.gov**

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On __06/02/2026__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

 **Honorable Deborah J. Saltzman**
**United States Bankruptcy Court**
**Central District of California**
**Edward R. Roybal Federal Building and Courthouse**
**255 E. Temple Street, Suite 1634 / Courtroom 1639**
**Los Angeles, CA 90012**

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June  2, 2026 | Joshua Sternberg 250687 | /s/ Joshua Sternberg |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Label Matrix for local noticing
0973-2
Case 2:26-bk-14419-DS
Central District of California
Los Angeles
Tue Jun  2 03:14:03 PDT 2026

Employment Development Dept
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Bankruptcy Section MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

(p)OFFICE OF FINANCE  CITY OF LOS ANGELES
200 N SPRING ST RM 101 CITY HALL
LOS ANGELES CA 90012-3224

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Capital One
AttN: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

County Records Research
4952 Warner Ave 105
Huntington Beach, CA 92649-4422

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

Franchise Tax Board
Personal Bankruptcy MS A340
Po Box 2952
Sacramento, CA 95812-2952

IRS
P.O. Box 7346
Philadelphia, PA 19101-7346

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

THE FIDELITY ONE INVESTMENT TRUST
323 N TURNER AVE #1446
Guasti, CA 91743-1624

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Joshua Sternberg
Sternberg Law Group
8605 Santa Monica Blvd
Suite #81823
West Hollywood, CA 90069-4109

Kathy A Dockery (TR)
801 Figueroa Street, Suite 1850
Los Angeles, CA 90017-5569

Nilza Munoz
11705 Orr and Day Rd
Norwalk, CA 90650-7944

        The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
        by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Los Angeles City Clerk
P.O. Box 53200
Los Angeles, CA 90053-0200

Bank of America
Attn: Bankruptcy
P.O.Box 15019
Wilmington, DE 19886

PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 41067
Norfolk, VA 23541

End of Label Matrix
Mailable recipients    16
Bypassed recipients     0
Total                  16