Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number& Email Address

**Joshua L Sternberg**
**Sternberg Law Group**
**8605 Santa Monica Blvd**
**Ste #81823**
**West Hollywood, CA 90069-4109**
**310-270-4343**
**Fax : 310-270-4344**
**Email: js@sternberglawgroup.com**

FOR COURT USE ONLY

FILED & ENTERED

JUN 03 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell   DEPUTY CLERK

☐ *Individual appearing without attorney*
☒ *Attorney for Movant*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re: | CASE NUMBER: 2:26-bk-14419-DS |
|---|---|
| | CHAPTER: 13 |

**ORDER ☒ GRANTING   ☐ DENYING**
**MOTION FORORDER IMPOSING A STAY OR**
**CONTINUING THE AUTOMATIC STAY**

NILZA MUNOZ,

☐ No hearing held
☒ Hearing held

DATE: 6/2/2026
TIME: 1:00 PM
COURTROOM: 1639
ADDRESS: 255 East Temple Street
Los Angeles, CA 90012

Debtor(s).

**Movant***(name)*: **Nilza Munoz**

1. The Motion was:    ☐ Opposed    ☒ Unopposed    ☐ Settled by stipulation

2. The Motion affects the following property (Property):

    ☐ Vehicle *(describe year, manufacturer, type and model)*:

        *Vehicle identification number:*

*"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.*
*"FRBP" refers to the Federal Rules of Bankruptcy Procedure.  "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*Location of vehicle (if known):*

☐ Equipment *(describe manufacturer, type, and characteristics)*:

    *Serial numbers(s):*

    *Location (if known):*

☐ Other personal property *(describe type, identifying information, and location)*:

☒ Real property:

    Street Address: **11705 Orr and Day Road**

    Apt./Suite No.:

    City, State, Zip Code: **Norwalk, CA 90650**

    Legal description or document recording number (include county of recording): **TRACT # 16767 LOT 469 OF THE CITY OF NORWALK, COUNTY OF LOS ANGELES**

    ☐ See attached page.

3. The Motion is granted on the grounds that:

  a. ☒ This case was filed in good faith.

  b. ☐ The Property is of consequential value or benefit to the estate.

  c. ☐ The presumption of bad faith under 11 U.S.C. § 362(c)(3)(C)(i) or (c)(4)(D)(i) has been overcome as to all creditors.

  d. ☐ The presumption of bad faith as to the Secured Creditor/Lessor under 11 U.S.C. § 362(c)(3)(C)(ii) or (c)(4)(D)(ii) has been overcome.

4. The stay of 11 U.S.C. § 362(a) is

  a. ☐ Imposed *as to all creditors* until further order of the court.

  b. ☐ Imposed as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

  c. ☐ Imposed as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

  d. ☐ Continued *as to all creditors* until further order of the court.

  e. ☒ Continued in effect as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

  f. ☐ Continued in effect as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

5. ☐ The stay is imposed or continued in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this order.

6. ☐ See attached continuation page for additional provisions.

7. ☐ The Motion is denied: ☐ without prejudice ☐ with prejudice ☐ on the following grounds:

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

a. ☐ Based upon the findings of fact and conclusions of law made on the record at the hearing

b. ☐ Unexcused non-appearance by Movant

c. ☐ Lack of proper service

d. ☐ Lack of good cause shown

e. ☐ Other (*specify*):

###

Date: June 3, 2026

_____
Deborah J. Saltzman
United States Bankruptcy Judge

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.