United States Bankruptcy Court

Central District of California

In re:                                                                    Case No. 26-14419-DS

Nilza Munoz                                                               Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0973-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jun 03, 2026 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2026:**

**Recip ID**      **Recipient Name and Address**
db      +   Nilza Munoz, 11705 Orr and Day Rd, Norwalk, CA 90650-7944

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2026          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Joshua Sternberg | on behalf of Debtor Nilza Munoz js@sternberglawgroup.com  SternbergJR96851@notify.bestcase.com |
| Kathy A Dockery (TR) | EFiling@LATrustee.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 3

Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number& Email Address

**Joshua L Sternberg**
**Sternberg Law Group**
**8605 Santa Monica Blvd**
**Ste #81823**
**West Hollywood, CA 90069-4109**
**310-270-4343**
**Fax : 310-270-4344**
**Email: js@sternberglawgroup.com**

FOR COURT USE ONLY

**FILED & ENTERED**

**JUN 03 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bakchell   DEPUTY CLERK**

☐ *Individual appearing without attorney*
☒ *Attorney for Movant*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

In re:

NILZA MUNOZ,

Debtor(s).

CASE NUMBER: 2:26-bk-14419-DS

CHAPTER: 13

**ORDER ☒ GRANTING    ☐ DENYING**
**MOTION FORORDER IMPOSING A STAY OR**
**CONTINUING THE AUTOMATIC STAY**

☐ No hearing held
☒ Hearing held

DATE: 6/2/2026
TIME: 1:00 PM
COURTROOM: 1639
ADDRESS: 255 East Temple Street
Los Angeles, CA 90012

**Movant**(*name*): **Nilza Munoz**

1. The Motion was:    ☐ Opposed    ☒ Unopposed    ☐ Settled by stipulation

2. The Motion affects the following property (Property):

   ☐ Vehicle (*describe year, manufacturer, type and model*):

      *Vehicle identification number:*

---

*"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.*
*"FRBP" refers to the Federal Rules of Bankruptcy Procedure.  "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.*

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*Location of vehicle (if known):*

☐ Equipment *(describe manufacturer, type, and characteristics)*:

   *Serial numbers(s):*
   *Location (if known):*

☐ Other personal property *(describe type, identifying information, and location)*:

☒ Real property:

   Street Address: **11705 Orr and Day Road**

   Apt./Suite No.:

   City, State, Zip Code: **Norwalk, CA 90650**

   Legal description or document recording number (include county of recording): **TRACT # 16767 LOT 469 OF THE CITY OF NORWALK, COUNTY OF LOS ANGELES**

   ☐ See attached page.

3. The Motion is granted on the grounds that:

   a. ☒ This case was filed in good faith.

   b. ☐ The Property is of consequential value or benefit to the estate.

   c. ☐ The presumption of bad faith under 11 U.S.C. § 362(c)(3)(C)(i) or (c)(4)(D)(i) has been overcome as to all creditors.

   d. ☐ The presumption of bad faith as to the Secured Creditor/Lessor under 11 U.S.C. § 362(c)(3)(C)(ii) or (c)(4)(D)(ii) has been overcome.

4. The stay of 11 U.S.C. § 362(a) is

   a. ☐ Imposed *as to all creditors* until further order of the court.

   b. ☐ Imposed as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

   c. ☐ Imposed as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

   d. ☐ Continued *as to all creditors* until further order of the court.

   e. ☒ Continued in effect as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

   f. ☐ Continued in effect as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

5. ☐ The stay is imposed or continued in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this order.

6. ☐ See attached continuation page for additional provisions.

7. ☐ The Motion is denied:   ☐ without prejudice   ☐ with prejudice   ☐ on the following grounds:

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

a. ☐ Based upon the findings of fact and conclusions of law made on the record at the hearing

b. ☐ Unexcused non-appearance by Movant

c. ☐ Lack of proper service

d. ☐ Lack of good cause shown

e. ☐ Other (*specify*):

###

Date: June 3, 2026

_____

Deborah J. Saltzman
United States Bankruptcy Judge

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2018*                    Page 3                    **F 4001-1.IMPOSE.STAY.ORDER**