**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**801 S. FIGUEROA ST., SUITE 1850**
**LOS ANGELES, CA 90017**
**PHONE: (213) 996-4400**
**FAX: (213) 996-4426**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

# NOTICE OF RESCHEDULED HEARING

IN RE:

   Nilza Munoz

                                    DEBTOR(S)

CHAPTER 13

CASE NO.: 2:26-bk-14419-DS

**NOTICE OF RESCHEDULED CONFIRMATION HEARING**

DATE:       August 20, 2026
TIME         1:30 pm
PLACE:      Roybal Building
            Courtroom 1639 - 16th Floor
            255 East Temple Street
            Los Angeles, CA 90012

**PLEASE TAKE NOTICE THAT the previously scheduled CONFIRMATION HEARING will now**

**occur at the time and place listed above.**

Dated:  6/9/26

**Kathy A. Dockery**
**Chapter 13 Trustee**