United States Bankruptcy Court

Central District of California

In re: Case No. 26-14419-DS

Nilza Munoz Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2 User: admin Page 1 of 2

Date Rcvd: Aug 20, 2026 Form ID: van150 Total Noticed: 13

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nilza Munoz, 11705 Orr and Day Rd, Norwalk, CA 90650-7944 |
| 43081909 | + | County Records Research, 4952 Warner Ave 105, Huntington Beach, CA 92649-4422 |
| 43081912 | + | THE FIDELITY ONE INVESTMENT TRUST, 323 N TURNER AVE #1446, Guasti, CA 91743-1624 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | Aug 21 2026 06:27:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Aug 21 2026 06:27:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | Email/Text: finance.bankruptcy@lacity.org | Aug 21 2026 02:39:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| 43081907 | | EDI: BANKAMER | Aug 21 2026 06:27:00 | Bank of America, Attn: Bankruptcy, P.O.Box 15019, Wilmington, DE 19886 |
| 43198949 | | EDI: BANKAMER | Aug 21 2026 06:27:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 43081908 | + | EDI: CAPITALONE.COM | Aug 21 2026 06:27:00 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 43087511 | | EDI: CALTAX.COM | Aug 21 2026 06:27:00 | FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340, PO BOX 2952, SACRAMENTO CA 95812-2952 |
| 43081910 | | EDI: CALTAX.COM | Aug 21 2026 06:27:00 | Franchise Tax Board, Personal Bankruptcy MS A340, Po Box 2952, Sacramento, CA 95812-2952 |
| 43081911 | + | EDI: IRS.COM | Aug 21 2026 06:27:00 | IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 43107958 | | EDI: PRA.COM | Aug 21 2026 06:27:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | The Fidelity One Investment Trust, 323 N Turner Ave, #1446, Guasti, CA 91743-1624 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Joshua Sternberg | on behalf of Debtor Nilza Munoz js@sternberglawgroup.com SternbergJR96851@notify.bestcase.com |
| Kathy A Dockery (TR) | EFiling@LATrustee.com |
| Neil B Katz | on behalf of Creditor The Fidelity One Investment Trust neilkatz56@gmail.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 4

**United States Bankruptcy Court**
**Central District of California**

**255 East Temple Street, Los Angeles, CA 90012**

# ORDER AND NOTICE OF DISMISSAL ARISING FROM CHAPTER 13 CONFIRMATION HEARING

**DEBTOR INFORMATION:**
Nilza Munoz

**BANKRUPTCY NO.** 2:26–bk–14419–DS

**CHAPTER** 13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–1134
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 8/20/26

**Address:**
11705 Orr and Day Rd
Norwalk, CA 90650

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1) debtor's bankruptcy case is dismissed; and

(2) the court retain jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: August 20, 2026

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court