| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| KATHY A. DOCKERY<br>CHAPTER 13 TRUSTEE<br>400 CORPORATE POINTE SUITE 420<br>CULVER CITY, CA 90230<br>PHONE: (213) 996-4400<br>FAX: (213) 996-4426<br><br>■ *Trustee*<br>☐ Individual *appearing without an attorney*<br>☐ *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re: **Nilza Munoz** | CASE NO.: **2:26-bk-14419-DS**<br>CHAPTER: |
|---|---|
| Debtor(s) | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>ORDER APPROVING CHAPTER 13 TRUSTEE'S ADMINISTRATIVE FEE |

PLEASE TAKE NOTE that the order or judgment titled ORDER APPROVING CHAPTER 13 TRUSTEE'S ADMINISTRATIVE FEE was lodged on 9/14/2026 and is attached. This order relates to the motion which is docket number 30

[1] Please abbreviate if title cannot fit into text field.

# EXHIBIT A

**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**801 S. FIGUEROA ST., SUITE 1850**
**LOS ANGELES, CA 90017**
**PHONE: (213) 996-4400**
**FAX: (213) 996-4426**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**NILZA MUNOZ**<br><br>DEBTOR(S). | CASE NO.: 2:26-bk-14419-DS<br><br>CHAPTER 13<br><br>**ORDER APPROVING CHAPTER 13 TRUSTEE'S ADMINISTRATIVE FEE**<br><br>[NO HEARING REQUIRED] |

Based on the Application for Payment of Final Fees and/or Expenses (Application) filed on 8/24/26 as docket number 30, the court orders as follows:

1. ☒ The Application is granted and the Chapter 13 Trustee is allowed the sum of $300.00 as compensation for the Trustee's administrative fee.

2. ☐ The Application is set for hearing on: (date) at (time).

3. ☐ The Chapter 13 Trustee must file and serve appropriate notice of the hearing on Debtor and Debtor's counsel, if applicable.

4. ☐ The Application is denied.

5. ☐ Other (specify):

#########