**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**400 CORPORATE POINTE SUITE 420**
**CULVER CITY, CA 90230**
**PHONE: (213) 996-4400**
**FAX: (213) 996-4426**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**NILZA MUNOZ**<br><br>DEBTOR(S). | Case No: 2:26-bk-14419-DS<br><br>CHAPTER 13<br><br>**PROOF OF SERVICE OF NOTICE OF LODGMENT**<br><br>Docket # (37) |

| In re: **NILZA MUNOZ** | CHAPTER: 13<br>CASE NUMBER: **2:26-bk-14419-DS** |
|---|---|

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
801 S. Figueroa Street, Suite 1850
Los Angeles, California 90017

A true and correct copy of the foregoing document described as "**NOTICE OF LODGMENT**", Docket # (37) will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 9/14/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 9/16/26, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ________________, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/16/26 | Katherine Bamaca | Katherine Bamaca |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| | |
|---|---|
| In re: **NILZA MUNOZ** | CHAPTER: 13<br>CASE NUMBER: **2:26-bk-14419-DS** |

**Service List**

## Notice of Electronic Filing Service

| | |
|---|---|
| Joshua Sternberg | js@sternberglawgroup.com;SternbergJR96851@notify.bestcase.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Neil B Katz | neilkatz56@gmail.com |

### U.S. Mail Service

Nilza Munoz
11705 Orr and Day Rd
Norwalk, CA 90650

| | |
|---|---|
| In re: **NILZA MUNOZ** | CHAPTER: 13<br>CASE NUMBER: **2:26-bk-14419-DS** |

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
801 S. Figueroa Street, Suite 1850
Los Angeles, California 90017

A true and correct copy of the foregoing document described as "**NOTICE OF LODGMENT**", Docket # (37) will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 9/14/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On 9/16/26, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ________________, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/16/26 | Robert J Wallace, Jr. | ***See Attached Certificate of Service*** |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| | |
|---|---|
| In re: **NILZA MUNOZ** | CHAPTER: 13<br>CASE NUMBER: **2:26-bk-14419-DS** |

**Service List**

| **U.S. Mail Service** |
|---|
| Nilza Munoz<br>11705 Orr and Day Rd<br>Norwalk, CA 90650 |

# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: Nilza Munoz
DEBTOR 2 NAME:

CASE NUMBER: 2614419
PRINT JOB ID: 279979

I Robert J Wallace, Jr. certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on 9/16/2026 :

Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user, pursuant to Local Rule 5005-4(9)(b):

Nilza Munoz;11705 Orr and Day Rd;Norwalk, CA 90650

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date : 9/16/2026

Signature : Robert J. Wallace Jr.

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

KATHY A. DOCKERY
CHAPTER 13 TRUSTEE
400 CORPORATE POINTE SUITE 420
CULVER CITY, CA 90230
PHONE: (213) 996-4400
FAX: (213) 996-4426

■ *Trustee*
☐ Individual *appearing without an attorney*
☐ *Attorney for:*

FOR COURT USE ONLY

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

In re: **Nilza Munoz**

Debtor(s)

CASE NO.: **2:26-bk-14419-DS**

CHAPTER:

**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):

ORDER APPROVING CHAPTER 13 TRUSTEE'S ADMINISTRATIVE FEE

PLEASE TAKE NOTE that the order or judgment titled ORDER APPROVING CHAPTER 13 TRUSTEE'S ADMINISTRATIVE FEE was lodged on 9/14/2026 and is attached. This order relates to the motion which is docket number 30

[1] Please abbreviate if title cannot fit into text field.

# EXHIBIT A

**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**801 S. FIGUEROA ST., SUITE 1850**
**LOS ANGELES, CA 90017**
**PHONE: (213) 996-4400**
**FAX: (213) 996-4426**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**NILZA MUNOZ**<br><br>DEBTOR(S). | CASE NO.: 2:26-bk-14419-DS<br><br>CHAPTER 13<br><br>**ORDER APPROVING CHAPTER 13 TRUSTEE'S ADMINISTRATIVE FEE**<br><br>[NO HEARING REQUIRED] |

Based on the Application for Payment of Final Fees and/or Expenses (Application) filed on 8/24/26 as docket number 30, the court orders as follows:

1. ☒ The Application is granted and the Chapter 13 Trustee is allowed the sum of $300.00 as compensation for the Trustee's administrative fee.

2. ☐ The Application is set for hearing on: (date) at (time).

3. ☐ The Chapter 13 Trustee must file and serve appropriate notice of the hearing on Debtor and Debtor's counsel, if applicable.

4. ☐ The Application is denied.

5. ☐ Other (specify):

#########