**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**801 S. FIGUEROA ST., SUITE 1850**
**LOS ANGELES, CA 90017**
**PHONE: (213) 996-4400**
**FAX: (213) 996-4426**

FILED & ENTERED

SEP 17 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

In re

NILZA MUNOZ,

Debtor.

Case No. 2:26-bk-14419-DS

Chapter 13

**ORDER APPROVING CHAPTER 13 TRUSTEE'S ADMINISTRATIVE FEE**

The court having reviewed and considered the "Application for Payment of Final Fees and/or Expenses" (the "Application," Docket No. 30), and good cause appearing,

IT IS HEREBY ORDERED that the Application is approved. The chapter 13 trustee is allowed the sum of $300.00 as compensation for the administrative fee.

###

Date: September 17, 2026

Deborah J. Saltzman
United States Bankruptcy Judge