United States Bankruptcy Court

Central District of California

In re: Case No. 26-14419-DS

Nilza Munoz Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2 User: admin Page 1 of 1

Date Rcvd: Sep 17, 2026 Form ID: pdf042 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nilza Munoz, 11705 Orr and Day Rd, Norwalk, CA 90650-7944 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Joshua Sternberg | on behalf of Debtor Nilza Munoz js@sternberglawgroup.com SternbergJR96851@notify.bestcase.com |
| Kathy A Dockery (TR) | EFiling@LATrustee.com |
| Neil B Katz | on behalf of Creditor The Fidelity One Investment Trust neilkatz56@gmail.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 4

**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**801 S. FIGUEROA ST., SUITE 1850**
**LOS ANGELES, CA 90017**
**PHONE: (213) 996-4400**
**FAX: (213) 996-4426**

FILED & ENTERED

SEP 17 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

In re

NILZA MUNOZ,

Debtor.

Case No. 2:26-bk-14419-DS

Chapter 13

**ORDER APPROVING CHAPTER 13 TRUSTEE'S ADMINISTRATIVE FEE**

The court having reviewed and considered the "Application for Payment of Final Fees and/or Expenses" (the "Application," Docket No. 30), and good cause appearing,

IT IS HEREBY ORDERED that the Application is approved. The chapter 13 trustee is allowed the sum of $300.00 as compensation for the administrative fee.

###

Date: September 17, 2026

Deborah J. Saltzman
United States Bankruptcy Judge