| Attorney or Party Name, Address, Telephone and FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Joshua Sternberg 250687**<br>**8605 Santa Monica Blvd.,**<br>**Suite #81823**<br>**West Hollywood, CA 90069-4109**<br>**310-270-4343 Fax: 310-270-4344**<br>California State Bar Number: **250687 CA**<br>**JS@STERNBERGLAWGROUP.COM**<br><br>☐ Individual appearing without attorney<br>☑ Attorney for | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: | CASE NO.: **2:26-bk-14419-DS**<br>CHAPTER: **13** |
|---|---|
| **Nilza Munoz**<br><br>Debtor(s) | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: Application for Compensation for Joshua Sternberg, Debtor's Attorney, Period: to, Fee: $1685.00, Expenses: $0.00. Filed by Attorney Joshua Sternberg (Sternberg, Joshua) (Entered: 09/06/2026)** |

PLEASE TAKE NOTE that the order titled **ORDER GRANTING APPLICATION OF ATTORNEY FOR DEBTOR FOR ALLOWANCE OF FEES AND EXPENSES FOLLOWING DISMISSAL OR CONVERSION OF CHAPTER 13 CASE SUBJECT TO A RIGHTS AND RESPONSIBILITIES AGREEMENT** was lodged on (date) **09/28/2026** and is attached. This order relates to the motion which is docket number **34**.

L . O . U
Lodged Order Upload

**Bankruptcy LODGED ORDER UPLOAD FORM**

Monday, September 28, 2026

CONFIRMATION :

Your Lodged Order Info:

( **11357775.docx** )

A new order has been added

- **Office**: Los Angeles
- **Case Title**: Nilza Munoz
- **Case Number**: 26-14419
- **Judge Initial**: DS
- **Case Type**: bk ( Bankruptcy )
- **Document Number**: 34
- **On Date**: 09/28/2026 @ 01:43 AM

Thank You!

---

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012

| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number& Email Address<br><br>**Joshua L. Sternberg 250687**<br>**Sternberg Law Group**<br>**8605 Santa Monica Blvd.,**<br>**Suite #81823**<br>**West Hollywood, CA 90069-4109**<br>**310-270-4343 Fax: 310-270-4344**<br>**State Bar Number: 250687 CA**<br>**JS@STERNBERGLAWGROUP.COM**<br><br>☐ Chapter 13 Trustee<br>☒ Attorney for: **Debtor** | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA– LOS ANGELES DIVISION** | |
| In re:<br><br>**Nilza Munoz**<br><br>Debtor(s). | CASE NUMBER: **2:26-bk-14419-DS**<br>CHAPTER: 13<br><br>**ORDER ☒GRANTING ☐DENYING APPLICATION OF ATTORNEY FOR DEBTOR FOR ALLOWANCE OF FEES AND EXPENSES FOLLOWING DISMISSAL OR CONVERSION OF CHAPTER 13 CASE SUBJECT TO A RIGHTS AND RESPONSIBILITIES AGREEMENT**<br><br>☒ No hearing held<br>☐ Hearing held<br>DATE:<br>TIME:<br>COURTROOM:<br>ADDRESS: |

Based on the Application for Allowance of Fees and Expenses Following Dismissal or Conversion of Chapter 13 Case Subject to a Rights and Responsibilities Agreement (Application) filed on*(date)* **09/06/2026** as docket number **34**, the court orders as follows:

1. ☒ The Application is granted and the Attorney for Debtor is allowed the sum of **$1685.00** as compensation for Additional Services and the sum of **$0.00** in expenses related to Additional Services referred to in the Application, and the Chapter 13 Trustee is directed to pay the unpaid balance of **$1685.00** from the estate of Debtor as funds permit.

2. ☐ The Application is set for hearing on: (*date*) _____ at (*time*) _____.

3. ☐ The Attorney for Debtor must file and serve appropriate notice of the hearing on Debtor and the Chapter 13 Trustee.

4. ☐ The Application is denied.

5. ☐ Other (specify):

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**8605 Santa Monica Blvd.,**
**Suite #81823**
**West Hollywood, CA 90069-4109**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: Application for Compensation for Joshua Sternberg, Debtor's Attorney, Period: to, Fee: $1685.00, Expenses: $0.00. Filed by Attorney Joshua Sternberg (Sternberg, Joshua) (Entered: 09/06/2026)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **09/28/2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Kathy A Dockery (TR), EFiling@LATrustee.com**
**United States Trustee (LA),ustpregion16.la.ecf@usdoj.gov**

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On **09/28/2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Honorable Deborah J. Saltzman**
**United States Bankruptcy Court**
**Central District of California**
**Edward R. Roybal Federal Building and Courthouse**
**255 E. Temple Street, Suite 1634 / Courtroom 1639**
**Los Angeles, CA 90012**

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| **09/28/2026** | **Joshua Sternberg 250687** | **/s/ Joshua Sternberg** |
| *Date* | *Printed Name* | *Signature* |

Label Matrix for local noticing
0973-2
Case 2:26-bk-14419-DS
Central District of California
Los Angeles
Tue Jun 2 03:14:03 PDT 2026

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Bankruptcy Section MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

(p)OFFICE OF FINANCE CITY OF LOS ANGELES
200 N SPRING ST RM 101 CITY HALL
LOS ANGELES CA 90012-3224

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Capital One
AttN: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

County Records Research
4952 Warner Ave 105
Huntington Beach, CA 92649-4422

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

Franchise Tax Board
Personal Bankruptcy MS A340
Po Box 2952
Sacramento, CA 95812-2952

IRS
P.O. Box 7346
Philadelphia, PA 19101-7346

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

THE FIDELITY ONE INVESTMENT TRUST
323 N TURNER AVE #1446
Guasti, CA 91743-1624

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Joshua Sternberg
Sternberg Law Group
8605 Santa Monica Blvd
Suite #81823
West Hollywood, CA 90069-4109

Kathy A Dockery (TR)
801 Figueroa Street, Suite 1850
Los Angeles, CA 90017-5569

Nilza Munoz
11705 Orr and Day Rd
Norwalk, CA 90650-7944

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Los Angeles City Clerk
P.O. Box 53200
Los Angeles, CA 90053-0200

Bank of America
Attn: Bankruptcy
P.O.Box 15019
Wilmington, DE 19886

PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 41067
Norfolk, VA 23541

End of Label Matrix
Mailable recipients 16
Bypassed recipients 0
Total 16